IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LISA YEVONNE JARRETT                                                                    PLAINTIFF

v.                                    CIVIL NO. 12-3011

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                         DEFENDANT

## ORDER

On January 19, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP").  ECF Nos. 1, 2.  Subsequently, a report and recommendation was entered recommending denial of Plaintiff's IFP motion.  ECF No. 4.  Before a ruling was issued on the report and recommendation, Plaintiff tendered the filing fee of $350.00.  As such, both Plaintiff's IFP motion and the report and recommendation have been rendered moot.

ENTERED this 9th day of February 2012.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE